**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | GREB, RICHARD H | § | Case No. 10-03304 |
| | GREB, SUZETTE | § | |
| | SMUGGLERS, AH DBA | § | |
| Debtor(s) | | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 2:00 P.M. on June 24, 2011 in Courtroom B, Park City Branch Court, 301 Greenleaf Ave.. Park City, Illinois 60085 United States Courthouse Courthouse, 219 S. Dearborn Chicago, IL 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 04/27/2011      By:    /s/ Ilene F. Goldstein
                                                      Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: GREB, RICHARD H § | Case No. 10-03304 |
| GREB, SUZETTE § | |
| § | |
| Debtor(s) SMUGGLERS, AH DBA § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,907.73 |
| *and approved disbursements of* | $ 7,458.30 |
| *leaving a balance on hand of* [1] | $ 5,449.43 |
| **Balance on hand:** | $ 5,449.43 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,449.43 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,840.77 | 0.00 | 1,840.77 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 4,200.00 | 0.00 | 3,016.66 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 80.00 | 0.00 | 80.00 |
| Accountant for Trustee, Fees - PBG | 512.00 | 0.00 | 512.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,449.43 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,976.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P | Illinois Department of Revenue | 5,304.45 | 0.00 | 0.00 |
| 8P | Internal Revenue Service | 21,671.95 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,801.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Kass Management Services, Inc. | 31,671.35 | 0.00 | 0.00 |
| 2 | American Infosource Lp As Agent for | 13,688.44 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 1,168.88 | 0.00 | 0.00 |
| 4 | Clipper Magazine | 99.00 | 0.00 | 0.00 |
| 5 | Garrity Square Dental | 2,649.75 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 8,229.72 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 6,139.34 | 0.00 | 0.00 |
| 8U | Internal Revenue Service | 2,155.31 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL 60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-03304-ABG
Richard H Greb                                                        Chapter 7
Suzette Greb
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: choward                Page 1 of 4                    Date Rcvd: May 27, 2011
                               Form ID: pdf006              Total Noticed: 150

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
```
db/jdb         +Richard H Greb,    Suzette Greb,    1240 Park Avenue West,    Unit 307,
                 Highland Park, IL 60035-2251
aty            +Diane Brazen Gordon,    Law Office of Diane Brazen Gordon,    175 Olde Half Day Road Suite 140-4,
                 Lincolnshire, IL 60069-3089
aty            +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
                 Highland Park, IL 60035-3278
tr             +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,   Ste 200,
                 Highland Park, IL 60035-3278
15026750       +Adam Kaplan,    2616 Roslyn Circle,    Highland Park, IL 60035-1910
15026753       +Associated Recovery Systems,    P.O. Box 469046,    Escondido, CA 92046-9046
15026772       +BLK and Co. Svcs,    1117 S. Milwaukee Avenue,    Forum Square Building C, Suite 111,
                 Libertyville, IL 60048-3798
15026755       +Bank Of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
15026754       +Bank Of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
15026769        Bank One,    P.O. Box 331755,    Detroit, MI 48232
15026767        Bank of America,    P.O. Box 15026,    Wilmington, DE 19850-5026
15026758        Bank of America,    P.O. Box 15027,    Wilmington, DE 19850-5027
15026759       +Bank of America,    P.O. Box 17054,    Wilmington, DE 19884-0001
15026763       +Bank of America,    P.O. Box 1390,    Norfolk, VA 23501-1390
15026760       +Bank of America,    201 N. Tyron St.,    Charlotte, NC 28255-0001
15026761       +Bank of America,    475 Crosspoint,    Getzville, NY 14068-1609
15026756        Bank of America,    4060 Ogletown Stanton Rd,    Newark, DE 19713-3102
15026766        Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
15026762       +Bank of America,    4161 Piedmont Parkway,    Greensboro, NC 27410-8119
15026768       +Bank of America,    P.O. Box 26078,    Greensboro, NC 27420-6078
15026765       +Bank of America,    450 American St,    Simi Valley, CA 93065-6285
15026764        Bank of America,    FL9-600-02-15,    Jacksonville, FL 32256
15026770       +Beneficial/Hfc,    P.O. Box 3425,    Buffalo, NY 14240-3425
15026771       +Blatt, Hasenmiller, Leibsker,    125 South Wacker Dr. Suite 400,    Chicago, IL 60606-4440
15026774       +Capital One,    P.O. Box 85520,    Richmond, VA 23285-5520
15026775        Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15026776       +Capital One Bank,    P.O. Box 85520,    Richmond, VA 23285-5520
15026780        Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
15026777       +Capital One Bank,    P.O. Box 5294,    Carol Stream, IL 60197-5294
15026778       +Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
15026781        Capital One Bank USA NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
15026782       +Carmax Auto Finance,    2040 Thalbro St,    Richmond, VA 23230-3200
15026789       +Chase,    201 N. Walnut St. #DE1-10,    Wilmington, DE 19801-2920
15026788        Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
15026787       +Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15026783       +Chase,    324 W Evans St,    Florence, SC 29501-3430
15026790       +Chase,    P.O. Box 9001871,    Louisville, KY 40290-1871
15026785       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15026784       +Chase,    9601 Mcallister Freeway,    San Antonio, TX 78216-4681
15026792        Chase,    P.O. Box 901123,    Louisville, KY 40290-1123
15026791       +Chase,    P.O. Box 9001922,    Louisville, KY 40290-1922
15026794        Chase Home Finance,    P.O. Box 44118,    Jacksonville, FL 32231-4118
15026795       +Chase Home Finance,    P.O. Box 24573,    Columbus, OH 43224-0573
15026793       +Chase Home Finance,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
15026798       +Chase Home Finance LLC,    3415 Vision Drive,    Dept. G-7,    Columbus, OH 43219-6009
15026797        Chase Home Finance LLC,    P.O. Box 24696,    Columbus, OH 43224-0696
15026799       +Chld/Cbsd,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
15026802       +Citi,    P.O. Box 6003,    Hagerstown, MD 21747-6003
15026804        Citi,    P.O. Box 183041,    Columbus, OH 43218-3041
15026800       +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
15026803        Citi,    P.O. Box 92350,    Albuquerque, NM 87199-2350
15026801        Citi,    P.O. Box 6000,    The Lakes, NV 89163-6000
15026805       +Citi Cards,    P.O. Box 688904,    Wilmington, DE 19886-0001
15026806       +Client Services, Inc.,    3451 Harry Truman Blvd..,    Saint Charles, MO 63301-9816
15026807       +Clipper Magazine,    P.O. Box 610,    Mountville, PA 17554-0610
15026808       +Codilis and Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
                 Burr Ridge, IL 60527-6921
15026810       +Deerfield Medical Associates,    740 N Waukegan Rd, Suite 310,    Deerfield, IL 60015-4483
15026813       +Dermotology Partners of the North,    400 Skokie Blvd, Suite 475,    Northbrook, IL 60062-7930
15026814       +Edgge Media Group,    113 McHenry Rd., #300,    Buffalo Grove, IL 60089-1796
15026815       +Equifax Information Services,    P.O. Box 740256,    Atlanta, GA 30374-0256
15026816       +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
15026817       +Extra Space Storage,    1610 Old Deerfield Rd.,    Highland Park, IL 60035-3050
15026819        First Midwest Bank,    300 Park Blvd Suite 400,    Itasca, IL 60143-2682
15026820        First Midwest Bank,    P.O. Box 9003,    Gurnee, IL 60031-9003
15026818       +First Midwest Bank,    725 Waukegan Road,    Deerfield, IL 60015-4326
15026821       +First Midwest Bank/Na,    300 N Hunt Club Rd,    Gurnee, IL 60031-2502
15026822        First Usa,    Wilmington, DE 19801
```

```
District/off: 0752-1          User: choward              Page 2 of 4                   Date Rcvd: May 27, 2011
                              Form ID: pdf006            Total Noticed: 150

15026823      +Fst Mdwst Bk,   300 N Hunt Club Rd,   Gurnee, IL 60031-2502
15026824      +Garrity Square Dental,   1855 G Deerfield Rd.,   Highland Park, IL 60035-3750
15026825      +Garrity Square LLC,   Kass Management,   2000 North Racine Ave.,   Chicago, IL 60614-4045
15026828      +Gems on Display,   Q473 Road 1,   Mc Clure, OH 43534-9712
15026829      +Glenview State Bank,   800 Waukegan Rd,   Glenview, IL 60025-4310
15026830      +Goldstone,   15 W 28th St., 8th Floor,   New York, NY 10001-6431
15026831      +Harris,   FIA Card Services,   P.O. Box 15726,   Wilmington, DE 19886-5726
15026832       Harris Bank,   7502 S. Yale Ave,   Tulsa, OK 74136
15026834      +Harris Bank Glencoe Northbrook NA,   333 Park Ave,   Glencoe, IL 60022-1599
15026835       Harris Bank Nh, N.A.,   7502 S Yale Ave,   Tulsa, OK 74136
15026836      +Hsbc/Carsn,   P.O. Box 15521,   Wilmington, DE 19850-5521
15026838      +Hsbc/Neimn,   P.O. Box 15221,   Wilmington, DE 19850-5221
15026839       I.C. System, Inc.,   444 Highway 96 East,   P.O. Box 64437,   Saint Paul, MN 55164-0437
15026840       I.C. Systems, Inc,.,   444 Highway 96E,   Saint Paul, MN 55127-2557
15026841       I.C.S. Collection Service,   P.O. Box 1010,   Tinley Park, IL 60477-9110
15026844     ++ILLINOIS DEPARTMENT OF REVENUE,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:   Illinois Dept. of Revenue,   Bankruptcy Section Level 7-425,
                100 W. Randolph,   Chicago, IL 60101)
15026847     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,   P.O. Box 21126,   Philadelphia PA 19114)
15026811     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Department of the Treasury,   KCSC,   Kansas City, MO 64999-0025)
15026812     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Department of the Treasury-IRS,   Centralized Insolvency Operations,
                PO Box 21126,   Philadelphia, PA 19114)
15026842      +Illinois Bone and Joint Institute,   5057 Paysphere Circle,   Chicago, IL 60674-0001
15699309       Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,
                Chicago, Illinois 60664-0338
15026843       Illinois Department of Revenue,   Springfield, IL 62794-1904
15026846      +Illinois Dept. of Revenue,   9511 W. Harrison St.,   Des Plaines, IL 60016-1563
15026848      +J.S. Paluch,   P.O. Box 2703,   Schiller Park, IL 60176-0703
15026850      +KCA Financial Services, Inc.,   628 North Street,   Geneva, IL 60134-1356
15682668      +Kass Management Services, Inc.,   4 East Huron,   Chicago, Illinois 60611-2706
15026849      +Kass Management Sevices,   2000 North Racine Ave.,   Chicago, IL 60614-4045
15026851      +Keyth Security,   1575 Oakwood Avenue,   Highland Park, IL 60035-3687
15026852      +Lake Shore Surgical Associates,   P.O. Box 1460,   Highland Park, IL 60035-7460
15026853      +Law Office of PAJ, PC,   4 East Huron,   Chicago, IL 60611-2706
15026854      +Lincare,   3556 Lakeshore Rd, Suite 214,   Buffalo, NY 14219-1400
15026855       Lord Tayl,   424 5th Avenue,   New York, NY 10018-2771
15026859      +MDHBA,   1175 Devin Dr. Suite 173,   Norton Shores, MI 49441-6079
15026856      +Macy/dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
15026857      +Mario A. Sullivan,   4 East Huron,   Chicago, IL 60611-2706
15026860      +Med Busi Bur,   1460 Renaissance Drive Ste 400,   Park Ridge, IL 60068-1349
15026861      +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1331
15026862      +Medical Business Bureau LLC,   1175 Devin Dr. Ste 171,   Norton Shores, MI 49441-6079
15026863      +Medical Imaging of Northbrook Court,   520 E. 22nd St,   Lombard, IL 60148-6110
15026864      +MinuteClinic Diagnostic of Illinois,   920 Second Ave. S,   Suite 400,
                Minneapolis, MN 55402-4010
15026865      +Mortgage Service Cente,   4001 Leadenhall Rd,   Mount Laurel, NJ 08054-4611
15026866      +Nbgl-Carsons,   140 W Industrial Dr,   Elmhurst, IL 60126-1602
15026867      +North Shore Insider,   c/o Business Filings Inc.,   600 South Second St.,
                Springfield, IL 62704-2542
15026868      +North Shore University HealthSystem,   9532 Eagle Way,   Chicago, IL 60678-1095
15026871      +NorthShore University HealthSystem,   9532 Eagle Way,   Chicago, IL 60678-1095
15026869       Northshore University Health System,   Hospital Billing,   23056 Network Place,
                Chicago, IL 60673-1230
15026870       Northshore University Healthsystem,   Hospital Billing,   23056 Network Place,
                Chicago, IL 60673-1230
15026872      +Oakbrookbk,   2021 Spring Rd,   Oak Brook, IL 60523-1813
15026873      +Peoplesene,   130 E. Randolph Drive,   Chicago, IL 60601-6302
15026874       Peter Silvern,   946 Michigan Ave.,   Chicago, IL 60602
15026875      +Pinnacle Credit Services,   7900 Highway 7 #100,   Minneapolis, MN 55426-4045
15026877      +Pinnacle Management Services,   514 Market Loop, Suite 103,   Dundee, IL 60118-2181
15026876      +Pinnacle Management Services,   514 Market Loop, Suite 103,   West Dundee, IL 60118-2181
15026878      +Pulmonary Physicians of the North,   2151 Waukegan Rd., Suite 110,   Bannockburn, IL 60015-1886
15026879      +Radiation Medicine Institute,   2650 Ridge Street,   G355,   Evanston, IL 60201-1718
15026880      +Ravinia Associates in Internal Med.,   1777 Green Bay Road, Suite 201,
                Highland Park, IL 60035-3109
15026881      +Retina Services of Illinois,   9933 Lawler Avenue, # 209,   Skokie, IL 60077-3757
15026882      +Rnb-Fields3,   P.O. Box 9475,   Minneapolis, MN 55440-9475
15026883      +Robert A. Freilich,   806 Central Avenue,   Highland Park, IL 60035-5613
15026892      +TS Pink,   139 Pony Farm Road,   Oneonta, NY 13820-3537
15026887      +Target National Bank,   c/o Payment Processing Center,   P.O. Box 59317,
                Minneapolis, MN 55459-0317
15026884       Target National Bank,   P.O. Box 673,   Minneapolis, MN 55440-0673
15026885       Target National Bank,   3901 West 53rd Street,   Sioux Falls, SD 57106-4216
15026888      +Target Nb,   P.O. Box 673,   Minneapolis, MN 55440-0673
```

```
District/off: 0752-1           User: choward              Page 3 of 4                  Date Rcvd: May 27, 2011
                               Form ID: pdf006           Total Noticed: 150


15026889      +Tnb - Target,    P.O. Box 673,    Minneapolis, MN 55440-0673
15026890      +Townproud LLC,    992 Harvard Court,    Highland Park, IL 60035-2374
15026891      +Trans Union Corporation,    P.O. Box 34012,    Fullerton, CA 92834-9412
15026893      +United Recovery Service,    18525 Torrence Avebue, Suite C-6,    Lansing, IL 60438-2891
15026894       Uro Partners,    9669 K. Kenton, Suite 608,    Skokie, IL 60076
15026895      +Van Ru Credit Corporation,    1350 E. Touhy Ave Suite 100E,    Des Plaines, IL 60018-3337
15026896      +Veolia Environmental Services,    1660 Hubbard Ave., 1st Floor,    Batavia, IL 60510-1571
15026897      +Visa/DSNB,    9111 Duke Blvd,    Mason, OH 45040-8999
15026899     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
                MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
              (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,    Frederick, MD 21701)
15026898      +Wachovia Mortgage, Fsb,    3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15026751       E-mail/Text: bkr@cardworks.com May 27 2011 22:48:43     Advanta Bank,    P.O. Box 8088,
                Philadelphia, PA 19101
15689481       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
                American Infosource Lp As Agent for,    Target,   PO Box 248866,    Oklahoma City, OK  73124-8866
15026752      +E-mail/Text: RBALTAZAR@ARMORSYS.COM May 27 2011 22:48:19     Armor Systems Co,
                1700 Kiefer Dr Ste 1,    Zion, IL 60099-5105
15026773      +E-mail/Text: cms-bk@cms-collect.com May 27 2011 22:50:51     Capital Management Services,
                726 Exchange Street. Suite 700,    Buffalo, NY 14210-1464
15026809      +E-mail/Text: administration@collectcorp.com May 27 2011 22:51:13     CollectCorp,
                P.O. Box 101928,    Dept. 4947A,    Birmingham, AL 35210-6928
15945360       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 27 2011 23:57:37
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK  73124-8809
15026826      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2011 00:04:40     Gemb/L&T,    P.O. Box 981400,
                El Paso, TX 79998-1400
15026827      +E-mail/PDF: gecsedi@recoverycorp.com May 28 2011 00:04:40     Gemb/Sams Club,    P.O. Box 981400,
                El Paso, TX 79998-1400
15026858      +E-mail/Text: tjordan@mcscol.com May 27 2011 22:48:20     MCS Collections,
                725 South Wells St., Suite 501,    Chicago, IL 60607-4516
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15026833       Harris Bank
15026837       Hsbc/Carsn
aty*          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
15026757*      Bank of America,    4060 Ogletown Stanton Rd,    Newark, DE 19713-3102
15026779*      Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
15026845*      Illinois Dept. of Revenue,    Springfield, IL 62794-1904
15026886*     +Target National Bank,    P.O. Box 673,    Minneapolis, MN 55440-0673
15026786      ##Chase,    P.O. Box 78116,    Phoenix, AZ 85062-8116
15026796      ##Chase Home Finance,    P.O. Box 78116,    Phoenix, AZ 85062-8116
                                                                                              TOTALS: 2, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: choward              Page 4 of 4                  Date Rcvd: May 27, 2011
                               Form ID: pdf006           Total Noticed: 150
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**                    **Signature:**    _/s/ Joseph Speetjens_